Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff
Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> THE ROCK HOLLYWOOD (U.S.A) GROUP, a California Corporation; WOODY WU, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 2:16-cv-03882-BRO-AFM <br><br> **JUDGMENT** <br><br> **Hon. Beverly Reid O'Connell** |

After consideration of Plaintiff's Application for Default Judgment, the Memorandum of Points and Authorities in support thereof, the Declaration of Jessica C. Covington, and the pleadings, files and records of this matter, the Court hereby GRANTS Plaintiff's Application for Default Judgment against Defendants The Rock Hollywood (U.S.A) Group and Woody Wu (collectively "Defendants").

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff Deckers Outdoor Corporation in the amount of **$106,717.81** against Defendants The Rock Hollywood (U.S.A) Group and Woody Wu, to be jointly and severally liable.

IT IS FURTHER ORDERED that Defendants, their officers, agents, servants and employees and any persons in active concert or participation with them are permanently restrained and enjoined from infringing upon Plaintiff's UGG® Sun Mark (U.S. Reg. Nos. 3,624,595; 3,636,029; and 3,825,543) and U.S. Patent No. D594,638 (issued on June 23, 2009) (" '638 Patent"), either directly or contributorily in any manner, including:

(a) Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, and/or selling the Infringing Products (shown below) and/or products which infringe upon the UGG® Sun Mark and/or '638 Patent;



***Defendants' Infringing Product***

(b) Using the UGG® Sun Mark or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise.;

(c) Committing any other act which falsely represents or which has the effect of falsely representing that the good and services of Defendants are licensed by authorized by, offered by, produced by, sponsored by, or in any way associated with Plaintiff;

(d) Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) through (c) above.

**IT IS HEREBY ORDERED**

Dated: October 12, 2016  _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE